Jeffrey C. Matura, State Bar No. 019893
Melissa J. England, State Bar No. 022783
**BARRETT & MATURA, P.C.**
8925 E. Pima Center Parkway, Suite 215
Scottsdale, Arizona 85258
Telephone: (602) 792-5705
Facsimile: (602) 792-5711
jmatura@barrettmatura.com
mengland@barrettmatura.com
Attorneys for Defendant Maricopa Consolidated
Water Improvement District

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Celida Ponce,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa Consolidated Domestic Water Improvement District,<br><br>Defendant. | Case No. CV-25-04080-PXH-SMB<br><br>**DEFENDANT MARICOPA CONSOLIDATED DOMESTIC WATER IMPROVEMENT DISTRICT'S NOTICE OF SERVICE OF INITIAL DISCLOSURE STATEMENT** |

Pursuant to Federal Civil Procedure Rule 5(d)(1), notice is given that Defendant Maricopa Consolidated Domestic Water Improvement District served their Initial Rule 26(a)(1) Disclosure Statement on Plaintiff via Counsel of record on August 28, 2026. The filing of a Notice of Service was inadvertently missed at time of disclosure.

Dated on September 16, 2026.

BARRETT & MATURA, P.C.

By /s/ Jeffrey C. Matura
Jeffrey C. Matura
Melissa J. England
8925 East Pima Center Pkwy, Suite 215
Scottsdale, Arizona 85258
Attorneys for Defendant Maricopa
Consolidated Water Improvement District

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to CM/ECF registrants, and emailed a copy to:

Daniel Cohen
Consumer Attorneys, PLLC
68-29 Main Street
Flushing, New York 11367
dcohen@consumerattorneys.com
Attorneys for Plaintiff Celida Ponce

Emanuel Kataev
Sage Legal, LLC
18211 Jamaica Avenue
Jamaica, New York 11423-2327
emanuel@sagelegal.nyc
Attorneys for Plaintiff Celida Ponce

/s/ *Andrea Vlasic*
Andrea Vlasic